# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-264
LT Case Nos. 2016-2021-CF-9861
16-2021-CF-9861

———————————————

RODARRIUS HAMMOND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Rick A. Sichta and Susanne K. Sichta, of The Sichta Firm,
LCC., Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

January 23, 2024

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____